Joseph Lavi, Esq. (SBN. 209776)
Vincent C. Granberry, Esq. (SBN 276483)
Melissa A. Huether, Esq. (SBN 316604)
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
Emails: jlavi@lelawfirm.com
           vgranberry@lelawfirm.com
           mhuether@lelawfirm.com
           wht3@lelawfirm.com

Attorneys for Plaintiff ALVIN GOMEZ,
on behalf of himself and others similarly situated

Jordan C. Lee (SBN 295395)
Michael A. Gehret (SBN 247869)
ARMSTRONG TEASDALE LLP
800 Boylston Street, 30th Floor
Boston, MA 02199
Telephone: (617) 824.5150
Facsimile: (617) 831.8490
jlee@atllp.com
mgehret@atllp.com
Attorneys for Defendant
Freedom Forever LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN GOMEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM FOREVER LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02115-GW-KSx<br><br>[Complaint Filed: February 15, 2022]<br><br>**JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT**<br><br>Hon. Judge George Wu |

This stipulation is entered between Plaintiff ALVIN GOMEZ ("Plaintiff") and Defendant FREEDOM FOREVER LLC ("Defendant") (collectively the "Parties"), by and through their counsel of record.  This stipulation and agreement is made with reference to the following facts:

WHEREAS, Plaintiff filed a Class Action Complaint against Defendant in the Los Angeles County Superior Court, Case No. 22STCV05814, alleging the following causes of action against Defendant:  (1) failure to authorize or permit meal periods in violation of Labor Code Sections 512 and 226.7; (2) failure to authorize or permit to authorize or permit rest periods to aggrieved employees in violation of Labor Code Section 226; (3) failure to timely pay earned wages during employment to in violation of Labor Code Section 204; (4) failure to provide complete and accurate wage statements in violation of Labor Code Section 226; (5) failure to pay all earned wages and final paychecks due at time of separation in violation of Labor Code Sections 201, 202, and 203; and (6) unfair business practices in violation of Business and Professions Code Sections 17200, et seq (the "Action") on February 15, 2022.  Plaintiff's Complaint seeks to assert claims on behalf of all current and former hourly non-exempt employees employed by Defendants at the Commerce, California location at any time from February 15, 2018 to the present;

WHEREAS, Defendant removed the Action to this Court under the Class Action Fairness Act of 2005 (28 U.S.C. § 1332(d)) on March 30, 2022 (Dkt. 1);

WHEREAS, Defendant filed an Answer to the Action on April 6, 2022 (Dkt. 10);

WHEREAS, on April 29, 2022, Plaintiff filed his Motion to Remand (Dkt. 12);

WHEREAS, on May 16, 2022, Defendant filed a Notice of Non-Opposition to Plaintiff's Motion to Remand;

WHEREAS, on May 31, 2022, the Court entered an Order Requiring Further Information (Dkt. 20) directing the Parties to be prepared to discuss certain items relating to Plaintiff's Motion to Remand at the hearing scheduled for June 6, 2022 at 2:30 p.m.;

WHEREAS, the Parties have reviewed the Court's Order Requiring Further Information and have agreed to stipulate to remand the Action back to the Los Angeles County Superior Court and to an award of attorneys' fees in the amount of $6,000.00 to Plaintiff's counsel.

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's approval, that:

1. The Action shall be remanded to California Superior Court for the County of Los Angeles.
2. Defendant is to pay Plaintiff's counsel attorneys' fees in the amount of $6,000.00 within twenty (20) calendar days of the entry of the order granting remand.

Dated: June 3, 2022

LAVI & EBRAHIMIAN, LLP

By  /s/ Melissa A. Huether
MELISSA A. HUETHER
Attorney for PLAINTIFF Alvin Gomez

Dated: June 3, 2022

ARMSTRONG TEASDALE LLP

By  Jordan C. Lee

Attorney for DEFENDANT Freedom Forever LLC

-3-
JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT

**<u>Attestation</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:     June 3, 2022                    */s/ Melissa A. Huether*
                                                                 Melissa A. Huether

-4-
JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT