JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN GOMEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM FOREVER LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: CV 22-2115-GW-KSx<br><br>[Complaint Filed: February 15, 2022]<br><br>**ORDER GRANTING REMAND OF ACTION TO LOS ANGELES SUPERIOR COURT**<br><br>Hon. Judge George Wu |

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Action shall be remanded to California Superior Court for the County of Los Angeles.
2. Defendant is to pay Plaintiff's counsel attorneys' fees in the amount of $6,000.00 within twenty (20) calendar days of the entry of the order granting remand.

Dated: June 3, 2022

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE